Gregory VAN COLLINS, Petitioner–
Appellant,

v.

William D. CATOE, Director of South
Carolina Department of Corrections;
Charlie Condon, Attorney General of
the State of South Carolina, Respon-
dents–Appellees.

No. 00–7447.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 20, 2001.

Gregory Van Collins, pro se. Donald
John Zelenka, Chief Deputy Attorney Gen-
eral, Jeffrey Alan Jacobs, Office of the
Attorney General of South Carolina, Co-
lumbia, SC, for appellees.

Before WILKINS, TRAXLER, and
GREGORY, Circuit Judges.

PER CURIAM.

Gregory Van Collins appeals the district
court's order denying relief on his petition
filed under 28 U.S.C.A. § 2254 (West 1994
& Supp.2000). We have reviewed the rec-
ord and the district court's opinion and
find no reversible error. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal on the reasoning of the
district court. *Collins v. Catoe*, No. CA–
00–1430–2–17 (D.S.C. Sept. 22, 2000). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*